216 F.3d 315 (3rd Cir. 2000)
 GEORGE SEMERENKO
v.
CENDANT CORP.; WALTER A. FORBES; E. KIRK SHELTON; COSMO CORIGLIANO; CHRISTOPHER K. MCLEOD; ERNST & YOUNG LLP; George Semerenko, individually and on behalf of all others similarly situated. Appellant (D.C. Civil No. 98-05384);
P. SCHOENFELD ASSET MANAGEMENT LLC, on behalf of itself and all others similarly situated, Appellant
v.
CENDANT CORP.; WALTER A. FORBES; E. KIRK SHELTON; COSMO CORIGLIANO; CHRISTOPHER K. MCLEOD; ERNST & YOUNG LLP (D.C. Civil No. 98-04734)
 Nos. 99-5355, No. 99-5356
 UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
 March 21, 2000, Argued
June 16, 2000, Filed
 
 1
 NOTE: THIS OPINION HAS BEEN WITHDRAWN SEE AMENDED OPINION AT 223 F.3D 165.